```
 1 | MCGREGOR W. SCOTT
   | United States Attorney
 2 | THOMAS E. FLYNN
   | Assistant U.S. Attorney
 3 | MATTHEW S. BLOCK
   | Certified Student, Misdemeanor Unit
 4 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 5 | Telephone: (916) 554-2806
 6 |
 7 |
 8 |              IN THE UNITED STATES DISTRICT COURT
 9 |             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,   )   Cr. No. S-04-373 DFL
   |                             )
12 |           Plaintiff,        )   GOVERNMENT'S MOTION TO DISMISS
   |                             )   INDICTMENT WITH PREJUDICE AND
13 |                             )   ORDER
   |      v.                     )
14 |                             )
   | SHONDA ELLIS,               )
15 | CASSANDRA FARR, and         )
   | STEPHANIE FINCH-BROOKS,     )
16 |                             )
   |                             )
17 |           Defendants.       )
   | _____)
18 |
19 |      Pursuant to Rule 48(a) of the Federal Rules of Criminal
20 | Procedure, plaintiff United States of America, by and through its
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///
```

1

1 | undersigned attorney, hereby moves this Honorable Court for an
2 | Order dismissing with prejudice case number Cr. S-04-373 DFL.
3 | DATED: August _____, 2005.

                             McGREGOR W. SCOTT
                             United States Attorney

                      By:  /s/ MATTHEW STEGMAN for
                         THOMAS E. FLYNN
                         Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: August 18, 2005

_____
DAVID F. LEVI
United States District Judge

<u>CERTIFICATE OF SERVICE BY MAIL</u>

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on August 18, 2005, he served a copy of the **GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which are the last known address(es), and by depositing said envelope and its contents in the United States

2

1  Mail at Sacramento, California.
   Addressees:
2  Krista Hart
   Attorney at Law
3  428 J Street, Suite 357
   Sacramento, CA 95814
4
   Candace A. Fry
5  Attorney at Law
   2401 Capitol Avenue
6  Sacramento, CA 95814

7  Jeffrey L. Staniels
   Assistant Federal Defender
8  801 I Street, 3rd Floor
   Sacramento, CA 95814

                                    _____
                                    MATTHEW S. BLOCK