```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  THOMAS E. FLYNN
    Assistant U.S. Attorney
 3  MATTHEW S. BLOCK
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2806
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Cr. No. S-04-373 DFL
                                 )
12           Plaintiff,          )   GOVERNMENT'S MOTION TO DISMISS
                                 )   INDICTMENT WITH PREJUDICE AND
13                               )   ORDER
        v.                       )
14                               )
    SHONDA ELLIS,                )
15  CASSANDRA FARR, and          )
    STEPHANIE FINCH-BROOKS,      )
16                               )
                                 )
17           Defendants.         )
    _____)
18
19       Pursuant to Rule 48(a) of the Federal Rules of Criminal
20  Procedure, plaintiff United States of America, by and through its
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice case number Cr. S-04-373 DFL.

DATED: August _____, 2005.

                        McGREGOR W. SCOTT
                        United States Attorney

                    By: /s/ MATTHEW STEGMAN for
                        THOMAS E. FLYNN
                        Assistant U.S. Attorney

<u>ORDER</u>

IT IS SO ORDERED:

DATED: August 18, 2005

_____
DAVID F. LEVI
United States District Judge

<u>CERTIFICATE OF SERVICE BY MAIL</u>

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on August 18, 2005, he served a copy of the **GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND ORDER** by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which are the last known address(es), and by depositing said envelope and its contents in the United States

2

Mail at Sacramento, California.
Addressees:
Krista Hart
Attorney at Law
428 J Street, Suite 357
Sacramento, CA 95814

Candace A. Fry
Attorney at Law
2401 Capitol Avenue
Sacramento, CA 95814

Jeffrey L. Staniels
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814

_____
MATTHEW S. BLOCK

3